UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ANTHONY REYNA (JOECAT®),
Plaintiff, Pro Se,

v. Civil Action No. 1:26-cv-12830-MJJ

SUNO, INC.,
Defendant.

---

# DECLARATION OF JOSEPH ANTHONY REYNA IN SUPPORT OF EXHIBIT G

(28 U.S.C. § 1746)

I, Joseph Anthony Reyna, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action and am over the age of eighteen. I make this Declaration based on my own personal knowledge, and if called to testify I could and would competently testify to the matters stated herein.

2. I am the recording artist known professionally as JOECAT® (USPTO Reg. No. 6,057,783). I have also recorded and released music under the collaborative names "Kinderr & JoeCat" and "Kinderr X JoeCat."

3. The images attached as Exhibit G are true and correct screenshots that I personally captured from the website theatlantic.com, using the publicly available searchable database published by The Atlantic as part of its "AI Watchdog" investigation. Each screenshot fairly and accurately depicts what I observed on the website at the time of capture, including the search query I entered, the number of results returned, the name of the dataset in which the results were found, and the titles, artist names, and release years of the matching works.

4. Specifically, I entered the queries "JoeCat," "Kinderr & JoeCat," and "Kinderr X JoeCat." The database returned, in the dataset identified as SLEEPING-DISCO 9M, a total of eight (8) of my recordings: "Swish" (2017), "Racks" featuring Trill Sammy (2018), "More Than Rich" (2018), "DaFunk" (2014), "Dangers of Reality" (2014), "Moon & Star" (2014), "Auditory Hallucinations" (2014), and "Stardust (Spin)" (2014).

5. Each of the eight works listed above is a recording I authored or co-authored and in which I performed, released under my artist name or under a collaborative name in which I participated. I assert my rights as an author, performer, and trademark owner in these works and in my artist identity; I do not, by this Declaration, characterize the interests of any co-author or collaborator. I did not authorize the inclusion of these works, or of the metadata and identifying information associated with them, in any artificial-intelligence training dataset.

6. The screenshots have not been altered, edited, or manipulated in any way, other than being captured as ordinary screen images.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2026.

/s/ Joseph Anthony Reyna
Joseph Anthony Reyna (JOECAT®)
Plaintiff, Pro Se
5900 Balcones Drive, STE 100
Austin, TX 78731
512-200-3069
whitehat@joecattt.com
USPTO Reg. No. 6,057,783 (JOECAT®)